CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-112RSM |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | UNOPPOSED MOTION TO PROCEED |
| | ) | WITH GUILTY PLEA BY VIDEO OR |
| PRENTICE C. HOLLINGSWORTH, | ) | TELEPHONIC HEARING |
| | ) | |
| Defendant. | ) | |

THE COURT has considered Prentice Hollingsworth's unopposed motion to proceed with guilty plea hearing by video or telephonic hearing, along with all the records and files in this case.

THE COURT FINDS that a video or telephonic guilty plea hearing should take place as soon as practical because further delays in this case would cause "serious harm to the interests of justice." *See* General Order No. 04-20 (3/30/20).

THE COURT ORDERS that a guilty plea hearing be scheduled by teleconference before the magistrate judge as soon as possible.

DONE this 4th day of November 2020.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

Presented by:

s/ *Corey Endo*
Attorney for Prentice Hollingsworth

ORDER TO PROCEED WITH GUILTY PLEA BY
VIDEO OR TELEPHONIC HEARING
(*United States v. Hollingsworth*, CR20-112RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100