CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PRENTICE HOLLINGSWORTH,<br><br>    Defendant. | No. CR20-112RSM<br><br>ORDER GRANTING<br>MOTION TO SEAL SENTENCING<br>MEMORANDUM AND ITS EXHIBITS |

THIS MATTER has come before the undersigned on the motion of Prentice Hollingsworth to file Defendant's Sentencing Memorandum and its exhibits under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Defendant's Sentencing Memorandum and its exhibits be filed under seal.

DATED this 14th day of June 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Prentice Hollingsworth

ORDER TO SEAL SENTENCING
MEMORANDUM AND ITS EXHIBITS
(*United States v. Hollingsworth*, CR20-112RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100